■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GARY H. MOORE, Appellant, v SUPERINTENDENT OF COXSACKIE CORRECTIONAL FACILITY, Respondent. [60 NYS3d 712]—Appeal from a judgment of the Supreme Court (Fisher, J.), entered November 2, 2016 in Greene County, which dismissed petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

Judgment affirmed. No opinion.

McCarthy, J.P., Egan Jr., Devine, Mulvey and Pritzker, JJ., concur. Ordered that the judgment is affirmed, without costs.